

# Missouri Court of Appeals
## Southern District

**NOVEMBER 25, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No.  SD34111

   Re:  BRISTOL PARK, L.L.C.,
        Plaintiff-Respondent,
        vs.
        LEONARD BIERI, III,
        Defendant-Appellant,
        ELITE HOMES, L.L.C.,
        AMERICAN LEBANESE SYRIAN
        ASSOCIATED CHARITIES, INC.,
        LEE ANN TRAN, KYLE P. SMITH and
        SHEILA M. SMITH, husband and wife,
        ADAM COWHERD and ELIZABETH
        COWHERD, husband and wife,
        JOHN R. BODENHAMER and LISA
        BODENHAMER, husband and wife,
        EDWARD MARTINOV,
        DENNIS W. OWENS and BRENDA L.
        OWENS, husband and wife,
        Defendants-Respondents.